UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

EARVIN R. DAVIS,

        Plaintiff,

v.

JAMES P. LAMBROS et al.,

        Defendants.

_____/

Case No. 2:22-cv-38

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  March 9, 2022                  /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District Judge